**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-11384
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellant,

VERSUS

TRAVIS E. ATTERBERRY, LAWRENCE KERMIT PYATT,


Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:97-CR-81-Y)
_____

December 8, 1998

Before DAVIS, SMITH and WIENER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.